FRANCES B. HYNES, Respondent, *v.* TITLE GUARANTEE AND TRUST COMPANY, as Executor of EDWARD W. BROWNING, Deceased, et al., Appellants, Impleaded with Others.

Argued March 3, 1937; decided March 23, 1937.

614

*Daniel A. Shirk*, as guardian *ad litem, Edwin R. Wolff* and *Milton A. Goldiner* for Dorothy B. Hood, an infant, appellant.

*Joseph V. McKee, Casimir J. F. Patrick* and *William T. Griffin* for Title Guarantee and Trust Co., Inc., as executor, et al., appellants.

*George J. Langley, Irving E. Burdick* and *John P. Courts* for respondent.

Order affirmed, with costs, and questions certified answered in the negative; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Dissenting as to Edbro Realty Co., Inc : CRANE, Ch. J., and FINCH, J.